# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **SSI (US), INC.**, d/b/a **SPENCER STUART**, a Delaware Corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 16 C 1833 ) |
| **ENGAGEPOINT, INC.**, a Florida Corporation, | ) ) ) |
| Defendant. | ) ) |

## MEMORANDUM ORDER

By way of what is really a total nonresponse to this Court's sua sponte memorandum order ("Order") issued on February 2, counsel for plaintiff Spencer Stuart has quickly filed what he labels a Supplemental Filing and Motion for Leave to File the Attached Amended Complaint Against EngagePoint. Haste does indeed make waste, because that next-day filing reflects that counsel has not read -- or if he has read, has not understood -- the Order.

As the Order stated at its very outset, Spencer Stuart's Complaint poses no problems as to either the existence of diversity of citizenship or the requisite amount in controversy. Instead the very different questions posed by the Order are set out clearly at its page 2 -- and not a word of counsel's tendered filing addresses those problems at all.

Accordingly leave to file the proposed Amended Complaint is denied. Nonetheless, because counsel has noticed up his motion for presentment at 9:15 a.m. February 8, he will be

expected to appear in court at that time prepared to provide a response to the Order's real questions.

_____
Milton I. Shadur
Senior United States District Judge

Date: February 4, 2016